## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| **James Patrick Noonan,** | : | Chapter 7 |
| **Debtor.** | : | Bky. No. 24-11740 (PMM) |
| | : | |
| **James Patrick Noonan,** | : | |
| **Plaintiff.** | : | Adv. No. 24-0092 (PMM) |
| v. | : | |
| **ECMC and the Department of Education,** | : | |
| **Defendant.** | : | |

## AMENDED ORDER APPROVING STIPULATION

AND NOW, it is hereby ORDERED the Order approving the Stipulation between the Debtor and the U.S. Department of Education (doc. #36) is **amended** to clarify that that James Patrick Noonan's federal student loans subject to this adversary complaint **and held by the Department of Education** are discharged and the adversary proceeding is dismissed as to the United States Department of Education.

Date:  **7/16/25**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**

Copy to:
James Patrick Noonan
167 Ardwick Terr.
Lansdale, PA 19446